THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.

 
 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
The State, Respondent,
v.
Michael Ronan, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.
2004-UP-628 
Submitted December 1, 2004  Filed December 10, 2004 

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney 
 Wanda P. Hagler, of Columbia, for Appellant.
Legal Counsel J. Benjamin 
 Aplin, South Carolina Department of Probation, Parole and Pardon Services, of 
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Michael Ronan appeals the revocation of his probation for 
 unlawful use of the telephone.  Ronans appellate counsel has petitioned to 
 be relieved as counsel, stating she has reviewed the record and has concluded 
 Ronans appeal is without merit.  The sole issue briefed by counsel concerns 
 whether the circuit court erred in revoking Ronans probation for failure to 
 pay fines owed without making an explicit finding that Ronan did so willfully. 
 Ronan did not file a separate pro se reply brief.
After a review of the record as required by Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss this appeal and grant counsels petition 
 to be relieved.[1]
APPEAL DISMISSED.
HUFF, KITTREDGE, and BEATTY, JJ., concur.   

 
 [1]We decide this 
 case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.